MARY G. NORTHRUP, as Executrix of JAY NORTHRUP, Deceased, Respondent, *v.* MARY WHEELER, Appellant.

*Northrup* v. *Wheeler*, 136 App. Div. 908, affirmed.
(Argued January 6, 1911; decided February 7, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 10, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a promissory note.

*Ottomar Hamele, Adelbert Moot* and *Helen Z. M. Rodgers* for appellant.

*Willard H. Ticknor* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.